FILED
CLERK, U.S. DISTRICT COURT

MAY 1 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-1046M |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| MARTIN MONTANEZ, | |
| Defendant. | |

I.

A.    ( ) On motion of the Government involving an alleged:

    1.    ( ) crime of violence.

    2.    ( ) offense with maximum sentence of life imprisonment or death.

    3.    ( ) narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( ) felony where defendant was convicted of two or more prior offenses described above.

    5.    ( ) felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.    (X) a serious risk defendant will flee.

2.    ( ) a serious risk defendant will:

a. ( ) obstruct or attempt to obstruct justice.

b. ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government is ( ) is not (X) entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.    the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.    The court finds that no condition or combination of conditions will reasonably assure:

1.    (X) the appearance of defendant as required.

( ) and/or

2.    ( ) the safety of any person or the community.

B.    The court bases the foregoing finding(s) on the following:

2

1.   (X) Flight Risk:  The history and characteristics indicate a serious risk that defendant will flee because: <u>(1) he lacks bail resources; (2) he has an outstanding warrant; (3) there are inconsistencies in his background information; and (4) defendant submitted to detention request.</u>

2.   ( ) Danger:  Defendant poses a risk to the safety of other persons or the community because: _____

3.   (X) <u>See also</u> Pretrial Services Report/Memorandum.

4.   ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## V.

A.   The court finds that a serious risk exists that defendant will:

1.   ( ) obstruct or attempt to obstruct justice.

2.   ( ) threaten, injure or intimidate a witness or juror.

3.   ( ) attempt to threaten, injure or intimidate a witness or juror.

B.   The court bases the foregoing finding(s) on the following:

_____

( )  <u>See also</u> Pretrial Services Report/Memorandum.

## VI.

A.   IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.   IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections

1  facility in which defendant is confined shall deliver defendant to a United States

2  marshal for the purpose of an appearance in connection with a court proceeding.

3  DATED: _____ May 11 _____, 2010.

4

5  _____

6  Fernando M. Olguin
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28